IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40472
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

NOE RAMOS-MORENO,

                                    Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-352-1
- - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS and STEWART, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Noe Ramos-Moreno has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, counsel's motion to withdraw is
GRANTED.  Counsel is excused from further responsibilities
herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.